**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>*v.*<br><br>**JOSE ALBERTO CORREA MORALES,**<br><br>Defendant. | **CRIMINAL ACTION**<br><br>**NO. 26-257-KSM** |

**ORDER**

**AND NOW**, this 13th day of November, 2026, upon consideration of Defendant's motion to suppress Defendant's pre-*Miranda* statements (Doc. No. 29)[1] and the Government's response (Doc. No. 31), and following argument made by counsel at a hearing on November 5, 2026, and for the reasons stated on the record during the argument and further discussed in the accompanying memorandum, it is **ORDERED** that Defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

[1] The Court construes Defendant's Opposition to the Government's Motion *in limine* as a motion to suppress Defendant's statements made before receiving a *Miranda* warning.